# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### EASTERN DIVISION

| | |
|---|---|
| MICHELE MILLER, et al.,          )<br>                                                )<br>   Plaintiffs,                              )<br>                                                )<br>v.                                              )<br>                                                )<br>LIVE NATION WORLDWIDE, INC.,  )<br>et al.,                                        )<br>                                                )<br>   Defendants.                           ) | Case No.: 1:14-cv-01005-SGC |

## ORDER OF DISMISSAL

On December 11, 2015, a joint stipulation of dismissal was filed, signed by all parties to the above-captioned matter. (Doc. 29). Accordingly, this matter is **DISMISSED WITH PREJUDICE**, each party to bear its own costs. FED. R. CIV. P. 41(a)(1)(A)(ii).

**DONE** and **ORDERED** this 14th day of December, 2015.

*/s/ Staci G. Cornelius*
STACI G. CORNELIUS
U.S. MAGISTRATE JUDGE